UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | 3:09-md-02100-DRH-PMF |
| (DROSPIRENONE) | ) | MDL No. 2100 |
| MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |

_____

**This Document Relates to:**

Hannah Nall v. Bayer Corp. et al. No. 3:10-cv-10023-DRH-PMF

Cathy Walton v. Bayer Corp. et al. No. 3:09-cv-10217-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 18, 2010, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
         Deputy Clerk


Dated: October 19, 2010

APPROVED: /s/ David R. Herndon
                2010.10.19 11:12:08 -05'00'
         CHIEF JUDGE
         U. S. DISTRICT COURT